IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SARAH CAMPBELL BAGSHAW, | |
| Plaintiff, | Case No.: 1:25-cv-11514 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Maria Valdez |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, SARAH CAMPBELL BAGSHAW and Defendant Nos. 3 TingM(US Store), 12 ZWSPTO-US, 13 50% percent off deals today, 15 YUedda, 16 ODEUIAOD, 17 SXMURP Black Friday Deals 2024 50% Off, 19 Benficial*Prime Day Deal identified on Schedule A of the Complaint ("Defendant") by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), advise this Court that they hereby stipulate to a dismissal, without prejudice. Each party is to bear its own attorneys' fees, costs and expenses.

This dismissal resolves the last remaining Defendants in this case. The case can be closed at the Court's earliest convenience.

October 31, 2025          Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com
**ATTORNEY FOR PLAINTIFF**

/s Christopher Keleher
Christopher Keleher (Bar No. 6277771)
The Keleher Appellate Law Group, LLC
1 E. Erie St., Suite 525
Chicago, Illinois 60611
Telephone: (312) 448-8491
E-mail : ckeleher@appellatelawgroup.com
**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 31, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt